IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

```
APPROVED
/s/          February 27, 2026
The Honorable Stephanie A. Gallagher
United States District Judge
```

| | | |
|---|---|---|
| KIRANKUMAR ASHABEN CHAUDHARI, | * | |
| Petitioner, | * | Case No. 1:26-cv-00580-SAG |
| v. | * | |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STATUS REPORT**

Petitioner, Kirankumar Ashaben Chaudhari, and Respondents, United States Department of Homeland Security Secretary Kristi Noem, United States Immigration and Customs Enforcement ("ICE") Acting Director Todd Lyons, ICE Baltimore Field Office Acting Field Office Director Vernon Liggins, and United States Attorney General Pamela Bondi, by and through their respective undersigned counsel, submit this Joint Status Report in accordance with the Court's February 13, 2026 Order (ECF No. 7) and state:

1. Following issuance of the Court's February 13, 2026 Order, Petitioner, through immigration counsel, submitted a bond motion with the Immigration Court in Adelanto, California. However, the bond motion was rejected by the Immigration Court.

2. On February 25, 2026, Petitioner, through immigration counsel, re-submitted the bond motion. At present, the bond motion has not yet been accepted or docketed by the Immigration Court in Adelanto, California. As such, a bond hearing has not yet been scheduled.

3.       In light of the circumstances described herein, the parties suggest that they file a supplemental Joint Status Report within 14 days, *i.e.*, on or before March 13, 2026, concerning the status of the bond hearing.

Dated:  February 27, 2026

Respectfully submitted,

| | |
|---|---|
| __/s/  Leah Haynes_____ | Kelly O. Hayes |
| Leah Haynes, Esq. | United States Attorney |
| D. Md. Bar No. 31800 | |
| Murray Osorio PLLC | By:    _/s/  Kristy Burkhardt_____ |
| 4103 Chain Bridge Road, Suite 300 | Kristy A. Burkhardt |
| Fairfax, Virginia  22030 | Special Assistant United States Attorney |
| Telephone: 703-352-2399 | U.S. Attorney's Office, District of Maryland |
| Facsimile: 703-763-2304 | 36 S. Charles Street, Suite 400 |
| lhaynes@murrayosorio.com | Baltimore, Maryland  21201 |
| | Telephone: (410) 209-4806 |
| *Counsel for Petitioner* | Kristy.Burkhardt@usdoj.gov |
| | |
| | *Counsel for Respondents* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2026, a copy of the foregoing Joint Status Report was served electronically on all parties and counsel receiving service via CM/ECF in this case.

                                                     _/s/  Kristy Burkhardt_____
                                                   Kristy A. Burkhardt
                                                   Special Assistant United States Attorney